# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHAD BURGE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. |
| | § | _____ |
| CODY ALLEN HOWELL, | § | |
| PENSKE LEASING AND RENTAL | § | |
| COMPANY, and OLMSTED KIRK | § | |
| PAPER COMPANY | § | |
| | § | |
| Defendants, | § | |

## **INDEX OF ALL MATTERS FILED**

**1.** Return of Service to Defendant Penske Leasing and Rental Company

**2.** Return of Service to Defendant Olmsted Kirk Paper Company

3. Plaintiff Chad Burge's Original Petition Filed in State Court

4. State Court Docket Sheet

5. List of All Counsel of Record

# EXHIBIT 2

3/21/2016 4:12:11 PM
Chris Daniel - District Clerk Harris County
Envelope No. 9711858
By: DANIEL FLORES
Filed: 3/21/2016 4:12:11 PM

## CAUSE NO. 2016-12944

| | | |
|---|---|---|
| CHAD BURGE, **PLAINTIFF** | § § § | |
| | § | IN THE 55TH JUDICIAL DISTRICT COURT |
| VS. | § § | |
| | § | HARRIS COUNTY, TX |
| CODY ALLEN HOWELL, ET AL., **DEFENDANT** | § § § | |

### RETURN OF SERVICE

**ON Monday, March 14, 2016 AT 02:10 PM** - CITATION, PLAINTIFF'S ORIGINAL PETITION **CAME TO HAND.**

**ON Friday, March 18, 2016 AT 03:15 PM, I, JOHN WILLMS, PERSONALLY DELIVERED THE ABOVE-NAMED DOCUMENTS TO:** PENSKE LEASING AND RENTAL COMPANY (IS A DELAWARE CORPORATION), C/O REGISTERED AGENT CORPORATION SERVICE COMPANY D/B/A CSC LAWYERS INCORPORATING SERVICE COMPANY, BY DELIVERING TO SUE VERTREES, CUSTOMER SERVICE LEADER, 211 E. 7TH STREET STE 620, AUSTIN, TRAVIS COUNTY, TX 78701.

My name is JOHN WILLMS. My address is 1201 Louisiana, Suite 370, Houston, Texas 77002, USA. I am a private process server authorized by and through the Supreme Court of Texas (SCH 11185, Expires Tuesday, October 31, 2017). My date of birth is May 24, 1994. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case, and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Harris County, Texas on Friday, March 18, 2016.

**/S/ JOHN WILLMS**

DocID: P235370_3

2016-12944

# EXHIBIT 3

3/22/2016 2:38:29 PM
Chris Daniel - District Clerk Harris County
Envelope No. 9731334
By: DANIEL FLORES
Filed: 3/22/2016 2:38:29 PM

## CAUSE NO. 2016-12944

| | | |
|---|---|---|
| CHAD BURGE, **PLAINTIFF** | § § § § § § § § § | |
| VS. | | IN THE 55TH JUDICIAL DISTRICT COURT |
| CODY ALLEN HOWELL, ET AL., **DEFENDANT** | | HARRIS COUNTY, TX |

### RETURN OF SERVICE

**ON Monday, March 14, 2016 AT 02:10 PM** - CITATION, PLAINTIFF'S ORIGINAL PETITION **CAME TO HAND.**

**ON Monday, March 21, 2016 AT 11:15 AM, I, GUY CONNELLY, PERSONALLY DELIVERED THE ABOVE-NAMED DOCUMENTS TO:** OLMSTED KIRK PAPER COMPANY (IS A TEXAS CORPORATION), C/O REGISTERED AGENT GAIL MARK GRAF, BY DELIVERING TO CHRIS JOHNSTON, CFO, AUTHORIZED TO ACCEPT SERVICE ON BEHALF OF, 1601 VALLEY VIEW LANE, DALLAS, DALLAS COUNTY, TX, 75234.

My name is GUY CONNELLY. My address is 1201 Louisiana, Suite 370, Houston, Texas 77002, USA. I am a private process server authorized by and through the Supreme Court of Texas (SCH 02201, Expires Sunday, September 30, 2018). My date of birth is November 4, 1951. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case, and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Collin County, Texas on Monday, March 21, 2016.

**/S/ GUY CONNELLY**

DocID: P235370_2

2016-12944

**EXHIBIT 4**

| | |
|---|---|
| RECEIPT NUMBER | 0.00 |
| TRACKING NUMBER | 73224787 CIV |

**CAUSE NUMBER** 201612944

PLAINTIFF: BURGE, CHAD
vs.
DEFENDANT: HOWELL, CODY ALLEN

In The 55th
Judicial District Court of
Harris County, Texas

## CITATION CORPORATE

THE STATE OF TEXAS
County of Harris

TO: OLMSTED KIRK PAPER COMPANY (IS A TEXAS CORPORATION)
    MAY BE SERVED THROUGH ITS REGISTERED AGENT
    GAIL MARK GRAF
    1601 VALLEY VIEW LANE    DALLAS    TX    75234

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on the __29th__ day of __February__, 20__16__, in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED**; you may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

**TO OFFICER SERVING:**

This Citation was issued under my hand and seal of said Court, at Houston, Texas, this __9th__ day of __March__, 20__16__.

Issued at request of:
DEL TORO, CRYSTAL
600 TRAVIS, SUITE 7300
HOUSTON, TX 77002
TEL: (713) 223-5393
Bar Number: 24090070

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
P.O.Box 4651, Houston, Texas 77210

Generated by: COLLINS, IRIS TROISHA
IKS//10321535

### OFFICER/AUTHORIZED PERSON RETURN

I received this citation on the _____ day of _____, 20____, at _____ o'clock ___.M., endorsed the date of delivery thereon, and executed it at _____
                                                                              (STREET ADDRESS)                        (CITY)

in _____ County, Texas on the _____ day of _____, 20____, at _____ o'clock ___.M.,

by delivering to _____, by delivering to its
                (THE DEFENDANT CORPORATION NAMED IN CITATION)

_____, in person, whose name is _____
(REGISTERED AGENT, PRESIDENT, or VICE-PRESIDENT)

a true copy of this citation, with a copy of the _____ Petition attached,
                                                 (DESCRIPTION OF PETITION, E.G. "PLAINTIFF'S ORIGINAL")

and with accompanying copies of _____.
                                  (ADDITIONAL DOCUMENTS, IF ANY, DELIVERED WITH THIS PETITION)

I certify that the facts stated in this return are true by my signature below on the _____ day of _____, 20____.

FEE: $_____        By: 3/21/16 _____
                                    (SIGNATURE OF OFFICER)

                    Printed Name: _____

_____    As Deputy for: _____
Affiant Other Than Officer                   (PRINTED NAME & TITLE OF SHERIFF OR CONSTABLE)

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, 20____.

                                                    _____
                                                          Notary Public

N.INT.CITC.P                *73224787*

2/29/2016 4:04:00 PM
Chris Daniel - District Clerk Harris County
Envelope No. 9356030
By: Nelson Cuero
Filed: 2/29/2016 4:04:00 PM

**2016-12944 / Court: 055**

CAUSE NO. _____

| | | |
|---|---|---|
| CHAD BURGE | § | IN THE DISTRICT COURT OF |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| | § | \_\_\_\_ JUDICIAL DISTRICT |
| CODY ALLEN HOWELL, | § | |
| PENSKE LEASING AND RENTAL | § | |
| COMPANY, and OLMSTEAD KIRK | § | |
| PAPER COMPANY | § | **JURY TRIAL DEMANDED** |

## PLAINTIFF'S ORIGINAL PETITION

Plaintiff Chad Burge files this Original Petition complaining of Defendants Cody Allen Howell, Penske Leasing and Rental Company and Olmstead Kirk Paper Company and would respectfully show the following:

### I. DISCOVERY LEVEL

Plaintiff asserts that a Level 3 Discovery Control Plan should govern this case.

### II. PARTIES

**Plaintiff Chad Burge ("Plaintiff")** is a resident of Jefferson County, Texas.

**Defendant Cody Allen Howell ("Howell")** is an individual who resides in Harris County and can be served via personal service at his residence: Cody Allen Howell, 1688 Avenue B, Nome, Texas 77629, or wherever he may be found.

**Defendant Penske Leasing and Rental Company ("Penske")** is a Delaware corporation with its principal place of business in Texas, in Harris County, Texas. It may be served through its registered agent for service, Corporation Service Company dba CSC - Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620 Austin, TX 78701-3218.

Defendant Olmsted Kirk Paper Company ("Olmsted") is a Texas corporation with its principal place of business in Dallas, Texas. It may be served through its registered agent for service, Gail Mark Graf, 1601 Valley View Lane, Dallas, Texas 75234.

### III. JURISDICTION AND VENUE

This court has jurisdiction over this matter because the damages in question exceed the minimum jurisdiction of this court. Venue is proper in Harris County because one of more defendants are considered residents of Harris County.

### IV. BACKGROUND

On or about January 21, 2016, Plaintiff was driving his personal vehicle on East Cardinal Drive in Beaumont, Texas. Defendant Howell was operating a commercial truck owned by Defendant Penske, and driving behind Plaintiff's vehicle. Defendant Howell was operating the commercial truck in the course and scope of his employment with Defendant Olmsted.

Plaintiff reduced his speed for slow moving traffic ahead. Defendant Howell failed to pay attention to the road and failed to control his speed, and struck Plaintiff's vehicle from behind.

As a result of the incident, Defendant Howell was cited for failure to control his speed.

As a result of the incident, Plaintiff was hospitalized and has had additional medical treatment. He has suffered significant injuries to his back, neck, and other parts of his body.

### V. CAUSE OF ACTION: Negligence

Plaintiff incorporates the previous allegations.

At the time of the incident made the basis of this suit, Defendant Howell was operating his vehicle in a negligent and careless manner in the following respects, among others:

a. Failed to keep a proper lookout;

b. Failed to operate a motor vehicle in a safe and reasonable manner;

c. Failed to safely control his speed; and

d. Such other acts and omissions that will be shown at trial.

At the time of the incident, Defendant Howell was an agent, employee and/or servant of Defendant Olmsted. As such, Defendant Olmsted is responsible for the conduct of Defendant Howell under the doctrine of *respondeat superior.*

Additionally, Defendant Penske owned the vehicle in question and negligently entrusted the vehicle and duties and responsibilities to Defendant Howell. This negligence was also a proximate cause of Plaintiff's damages.

Each of these acts and omissions, singularly or in combination with others, constitute negligence which was the proximate cause of this incident, and the injuries and damages sustained by the Plaintiff.

## VI. DAMAGES

Plaintiff incorporates the previous allegations.

By reason of the occurrence made the basis of this action, including the conduct on the part of Defendants, Plaintiff sustained severe bodily injuries. Plaintiff has suffered physical pain and mental anguish and, in reasonable medical probability, will continue to do so for the balance of his natural life.

As a result of the foregoing injuries, Plaintiff has incurred reasonable and necessary medical expenses in the past and, in reasonable probability, will incur reasonable medical expenses in the future.

Additionally, as a result of the injuries sustained in the occurrence, Plaintiff has suffered in the past and will, in reasonable medical probability, continue to suffer permanent physical impairment.

Pleading further, in the alternative, if it is shown that Plaintiff was suffering from some pre-existing injury, disease, and/or condition, then such was aggravated and/or exacerbated as a proximate result of the occurrence made the basis of this lawsuit.

As a result of the foregoing injuries, Plaintiff has lost the ability to perform household services and, in reasonable probability, this loss is permanent.

Plaintiff states that, at this time, he seeks monetary relief between $200,000 and $1,000,000.00.

## PRAYER

WHEREFORE Plaintiff prays for judgment against Defendants Cody Allen Howell, Penske Leasing and Rental Company, and Olmsted Kirk Paper Company, for his actual damages in the amount of between $200,000.00 and $1,000,000.00 pre-and post-judgment interest, all costs of court, and all such other and further relief, at law and in equity, to which he may be justly entitled.

Respectfully submitted,

**THE BUZBEE LAW FIRM**

By:   */s/ Anthony G. Buzbee*
      Anthony G. Buzbee
      State Bar No. 24001820
      tbuzbee@txattorneys.com
      Peter K. Taaffe
      State Bar No. 24003029
      ptaaffe@txattorneys.com
      Crystal Del Toro
      State Bar No. 24090070
      cdeltoro@txattorneys.com
      J.P. Morgan Chase Tower
      600 Travis, Suite 7300
      Houston, Texas 77002
      Telephone: (713) 223-5393
      Facsimile: (713) 223-5909
      www.txattorneys.com

**ATTORNEYS FOR PLAINTIFF**

# EXHIBIT 5



## 201612944 - BURGE, CHAD vs. HOWELL, CODY ALLEN (Court 055)

Chronological History (non financial) | Print All

| Summary | Appeals | Cost Statements | Transfers | Post Trial Writs | Abstracts | Parties |
| Court Costs | Judgments/Events | Settings | Services/Notices | Court Registry | Child Support | Images |

* Note: Only non-confidential public civil/criminal documents are available to the Public. All non-confidential Civil documents are imaged. In Family Cases, select non-confidential documents and all e-filings are available in electronic format (not every document is available for electronic viewing and a document may be filed in the case that is not viewable electronically). In Criminal Cases, select non-confidential documents are available in electronic format (not every document is available for electronic viewing and a document may be filed in the case that is not viewable electronically). If the case or Civil document you are looking for is not available and should be, please click here to notify Customer Service.

You may print and save uncertified copies of documents from the preview window.

Purchase Order ( 0 documents )

Print List

| Image No. | Title | [Reset Sort] | Post Jdgm | Date | Pages | Add Entire Case |
|---|---|---|---|---|---|---|
| 69501703 | Return of Service | | | 03/22/2016 | 1 | Add to Basket |
| 69485965 | Return of Service | | | 03/21/2016 | 1 | Add to Basket |
| 69383379 | Civil Bureau Process Pick-Up Form | | | 03/09/2016 | 1 | Add to Basket |
| 69193534 | Plaintiff's Original Petition | | | 02/29/2016 | 5 | Add to Basket |
| > 69193535 | Civil Case Information Sheet | | | 02/29/2016 | 2 | Add to Basket |
| > 69193536 | Civil Process Request | | | 02/29/2016 | 2 | Add to Basket |
| > 69193537 | Civil Process Request | | | 02/29/2016 | 2 | Add to Basket |

# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHAD BURGE, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. |
| § | _____ |
| CODY ALLEN HOWELL, § | |
| PENSKE LEASING AND RENTAL § | |
| COMPANY, and OLMSTED KIRK § | |
| PAPER COMPANY § | |
| § | |
| Defendants, § | |

## LIST OF ALL COUNSEL OF RECORD

ANTHONY G. BUZBEE
State Bar No. 24001820
THE BUZBEE LAW FIRM
J.P. Morgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909
Email: tbuzbee@txattorneys.com
**Attorney for Plaintiff Chad Burge**

KURT W. MEADERS
State Bar No. 13879900
PAUL M. LANAGAN
State Bar No. 24065584
MEADERS & LANAGAN
2001 Bryan Street, Suite 3350
Dallas, TX  75201-3068
Telephone: (214) 721-6210
Facsimile: (214) 721-6289
Email:  kmeaders@meaderslaw.com
            planagan@meaderslaw.com
Eservice: Efiling@meaderslaw.com
**Attorneys for Defendants**
**Penske Leasing and Rental Company and**
**Olmsted Kirk Paper Company**