United States District Court
Southern District of Texas

**ENTERED**

April 28, 2016

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHAD BURGE, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-971 |
| | § | |
| PENSKE LEASING AND RENTAL | § | |
| COMPANY, *et al*, | § | |
| | § | |
| Defendants. | § | |

ORDER OF DISMISSAL

Pursuant to the Plaintiff's Notice of Dismissal as to Defendant Penske Leasing and Rental Company filed on April 11, 2016 (Doc. 2) and Plaintiff's Notice of Dismissal as to Defendants Cody Allen Howell and Olmstead Kirk Paper Company filed on April 11, 2016 (Doc. 3), this case is DISMISSED without prejudice. All costs and fees are to be paid by the parties that incurred them.

SIGNED at Houston, Texas, this 28th day of April, 2016.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE